■ RUSSELL KOSEK et al., Respondents, v WILLIAM PIERCE, Doing Business as WILLIAM PIERCE CONSTRUCTION, Appellant. —Appeal from a judgment of the County Court of Albany County (Harris, J.), entered July 31, 1985, which affirmed a judgment of the City Court of the City of Albany in favor of plaintiffs.

Judgment affirmed, without costs, upon the opinion of Albany County Judge Joseph Harris. Mahoney, P. J., Casey, Weiss, Mikoll and Levine, JJ., concur.

■ CYNTHIA A. KESTER, Respondent, v JOSEPH KESTER, Appellant.—Kane, J. Appeal from a judgment of the Supreme Court granting plaintiff a divorce, entered February 26, 1986 in Broome County, upon a decision of the court at Trial Term (Fischer, J.), without a jury.

Contrary to defendant's assertion, the record fully supports Trial Term's factual findings and, accordingly, Trial Term properly determined that plaintiff was entitled to a divorce on the ground of abandonment (Domestic Relations Law § 170 [2]; see, Diemer v Diemer, 8 NY2d 206; Benarroch v Benarroch, 55 AD2d 943). The judgment should therefore be affirmed.

Judgment affirmed, without costs. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.